UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO B. VILLASENOR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CENTENE CORPORATION, *et al.*,<br><br>　　　　Defendants. | Case No. 1:25-cv-00190-CDB<br><br>ORDER GRANTING DEFENDANTS' *EX PARTE* REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT<br><br>(Doc. 12) |

Plaintiff Ricardo B. Villasenor ("Plaintiff"), proceeding pro se, initiated this action with the filing of a complaint for damages against Defendants Centenne Corporation, WellCare of California, Inc., WellCare Health Plan, Inc., High Desert Medical Corporation, Oak Tree Medical Group, Susan Cribbs, and Mary Anziano (collectively, "Defendants"). (Doc. 1). On March 4, 2025, the Court granted Plaintiff's motion for leave to amend (Doc. 9) and on March 17, 2025, Plaintiff filed the operative, first amended complaint ("FAC") (Doc. 11).

Pending before the Court is the *ex parte* request of Defendants Centene Corporation and WellCare Health Plan, Inc. ("Defendants") for an initial extension of time to respond to the FAC to and including April 7, 2025, filed on March 28, 2025. (Doc. 12). Defendants represent they were served the FAC on March 12, 2025, making their responsive pleading due March 31, 2025. (*Id.* at 2). Defendants represent that their request should be granted because Plaintiff has not responded to their request nor have Defendants been able to obtain an agreement from Plaintiff for a seven-day extension. (*Id.*). Defendants contend good cause exists to grant the request because it will provide them with necessary time to obtain information and appropriately respond to the FAC. (*Id.*).

**Conclusion and Order**

Accordingly, and for good cause shown, it is **HEREBY ORDERED**:

1. The *ex parte* request of Defendants Centene Corporation and WellCare Health Plan, Inc. to extend the time to respond to Plaintiff's FAC (Doc. 12) is **GRANTED**; and

2. Defendants Centene Corporation and WellCare Health Plan, Inc. shall have up to and including **April 7, 2025**, to file a response to Plaintiff's FAC. *See* E.D. Cal. L.R. 144(c).

IT IS SO ORDERED.

Dated:   **March 31, 2025**                                 _____
                                                              UNITED STATES MAGISTRATE JUDGE