UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO B. VILLASENOR,<br><br>Plaintiff,<br><br>v.<br><br>CENTENE CORPORATION, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-00190-CDB<br><br>ORDER ON FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANTS' MOTION TO DISMISS WITH LEAVE TO AMEND<br><br>(Docs. 14, 19)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND<br><br>(Docs. 22, 23) |

      Plaintiff Ricardo B. Villasenor proceeds pro se with a first amended complaint against Defendants Centene Corporation and WellCare Health Plan, Inc., filed on March 17, 2025.  (Doc. 11).  Following briefing on Defendants' motion to dismiss the first amended complaint (Docs. 14, 16, 17), on April 28, 2025, the undersigned issued findings and recommendations to grant Defendants' motion to dismiss with leave to amend.  (Doc. 19).  The findings and recommendations were served on the parties and directed them to file any objections within 14 days.  (*Id.* at 10) (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)).  No objections have been filed, and the time to do so has passed.

      On May 15, 2025, after all parties expressed consent to a magistrate judge's jurisdiction for all purposes pursuant to 28 U.S.C. § 636(c)(1), the action was reassigned to the undersigned.  (Doc. 21).

      On May 19, 2025, Plaintiff filed a motion for leave to amend and a separate motion for leave to file an attached memorandum in support of that motion.  (Docs. 22, 23).  Those motions

will be granted and Plaintiff's lodged, second amended complaint will be screened in due course.

**Conclusion and Order**

Accordingly, for the reasons set forth in the findings and recommendations (Doc. 19), the Court **ORDERS**:

1. Defendants' motion to dismiss (Doc. l4) is GRANTED.
2. Plaintiff's first amended complaint (Doc. 11) is DISMISSED with leave to amend.
3. Plaintiff's motions for leave to file a second amended complaint (Docs. 22, 23) are GRANTED and the lodged, second amended complaint (Doc. 24) will be screened in due course.

IT IS SO ORDERED.

Dated:   **May 20, 2025**

UNITED STATES MAGISTRATE JUDGE